SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON | ) Case No. **2:07-cv-01891-WBS-EFB** |
| Plaintiff, | ) **STIPULATION AND** ~~PROPOSED~~ **ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |
| vs. | ) |
| Anne K. Oettle Family Limited Partnership, L.P., et al, | ) Status Conference: November 5, 2007 |
| Defendants | ) Time: 2:00 pm |
| | ) Courtroom: 5 |

Plaintiff, Scott N. Johnson, and Defendants RCSH Operations, Inc., by and through their designated Counsel (Scott N. Johnson; Diane R. Craig) hereby stipulate to an extension of time in which to continue the status conference from November 5, 2007 to December 3, 2007. Defendants RCSH Operations, Inc. have been granted an extension of time until November 21, 2007 to respond to Plaintiff's complaint. Defendants DS Pavilions Sacramento, LLC will be removed as a Defendant because this Defendant

STIPULATION AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-07-cv-01891-WBS-EFB - 1

is not a proper party to this action.  A continuance to December 3, 2007 for the status conference will give the Defendants attorney time to respond and the Plaintiff's attorney time to file a proposed first amended complaint and serve the new Defendants.

Dated:  October 22, 2007         /s/Scott N. Johnson ____

                                 Scott N. Johnson,

                                 Plaintiff, In Pro Per


Dated:  October 23, 2007         /s/Diane R. Craig_____

                                 Diane R. Craig,

                                 Attorney for Defendants,

                                 RCSH Operations, Inc.

**ORDER**

   IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to December 3, 2007 at 2:00 p.m.

Date: October 23, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE